UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Melvin Gullickson, Frank R. Hendricks,
Terrance Hanson, and all others similarly
situated,

      Plaintiffs,

v.                                                                                                Civ. No. 05-906 (JNE/RLE)
                                                                               ORDER

Teamsters AFL-CIO Local 346, Duluth
Teamsters Building Association, Inc., the
Independent Union of Paper Mill Workers,
and the John Doe Bonding Company,

      Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable Raymond L. Erickson, Chief United States Magistrate Judge, on November 28, 2005. The magistrate judge recommended that Plaintiffs' Motion to Remand be granted and that their request for costs and attorney fees be denied. Defendants objected to the Report and Recommendation. Plaintiffs responded. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Plaintiffs' Motion to Remand [Docket No. 7] is GRANTED.

2. The Clerk of Court shall REMAND this case to the Minnesota District Court for the Sixth Judicial District.

3. Plaintiffs' request for costs and attorney fees is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 5, 2006

                                                                      s/ Joan N. Ericksen
                                                                      JOAN N. ERICKSEN
                                                                      United States District Judge